# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,** | : CIVIL ACTION NO. 1:06-CV-0030 |
| **Plaintiff** | : (Judge Conner) |
| v. | : |
| **ANGELA A. TEMPRO,** | : |
| **Defendant** | : |

## ORDER

AND NOW, this 31st day of July, 2006, upon consideration of the motion for default judgment (Doc. 5), and the order of court dated July 7, 2006 (Doc. 9) directing plaintiff to file the mortgage agreement and any other documents supporting plaintiff's claim on or before July 24, 2006, and it appearing that plaintiff has not filed such documents as of the date of this order nor requested an enlargement of time, it is hereby ORDERED that:

1. The motion for default judgment (Doc. 5) is DENIED.

2. On or before August 7, 2006, plaintiff shall show cause why the above-captioned case should not be dismissed. See FED. R. CIV. P. 41; L.R. 83.3.1.

    /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge